**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 20-33086 HDH Judge: HARLIN D. HALE | | | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | FIRST CHOICE ER LLC | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| For Period Ending: | 06/30/22 (2nd reporting period for this case) | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. BANK OF AMERICA - DEPOSIT | 25,000.00 | 25,000.00 | | 254,119.86 | FA |
| 2. BANK OF AMERICA - CHECKING | 1,000.00 | 1,000.00 | | 1,111.20 | FA |
| 3. DEPOSITS - INCLUDING SECURITY/UTILITY - BK OF AM | 948,919.00 | 948,919.00 | | 948,215.60 | FA |
| 4. ACCT. RECEIVABLE | 2,314,748.00 | 2,314,748.00 | | 25,080.94 | FA |
| 5. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>SCG CAPITAL CORPORATION - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 6. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>GE HFS, LLC - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 7. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>CIT FINANCE LLC - MISCELLANEOUS LEASE AGREEMENT DATED 01/11/2013; OMNIBUS AMENDMENT TO LEASES 11/14/2017 | 0.00 | 0.00 | | 0.00 | FA |
| 8. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>HUNTINGTON TECHNOLOGY FINANCE, INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |

LFORM1    Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 20-33086 | HDH | Judge: HARLIN D. HALE | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | FIRST CHOICE ER LLC | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| | | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. OTHER MACHINERY/FIXTURES/EQUIPMENT  WELLS FARGO EQUIPMENT FINANCE, INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 10. OTHER MACHINERY/FIXTURES/EQUIPMENT  MITSUBISHI UFJ LEASE & FINANCE (U.S.A.) INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 WITH SCG CAPITAL CORP. COLLATERALLY ASSIGNED TO MITSUBISHI UFJ LEASE & FINANCE (USA) INC. | 0.00 | 0.00 | | 0.00 | FA |
| 11. OTHER MACHINERY/FIXTURES/EQUIPMENT  KEY EQUIPMENT FINANCE - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 12. OTHER MACHINERY/FIXTURES/EQUIPMENT  DE LAGE LANDEN FINANCIAL SERVICES, INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 13. OTHER MACHINERY/FIXTURES/EQUIPMENT  OLYMPUS AMERICA, INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT NO. 0016700 DATED SEPTEMBER 8, 2016 | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 22.06b

Case 20-33086-swe7 Doc 32 Filed 07/29/22 Entered 07/29/22 11:25:20 Desc Main
Document Page 3 of 5

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Case No: 20-33086 HDH Judge: HARLIN D. HALE  Trustee Name: DANIEL J. SHERMAN, TRUSTEE
Case Name: FIRST CHOICE ER LLC  Date Filed (f) or Converted (c): 12/18/20 (f)
 341(a) Meeting Date: 02/02/21
 Claims Bar Date: 05/04/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. OTHER MACHINERY/FIXTURES/EQUIPMENT  HITACHI CAPITAL AMERICA CORP. F/K/A CREEKDRIDGE CAPITAL LLC - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - CORPORATE MASTER AGREEMENT #205306CMA-01 DATED 10/23/14 (OMNICELL) | 0.00 | 0.00 | | 0.00 | FA |
| 15. OTHER MACHINERY/FIXTURES/EQUIPMENT  U.S. BANK, N.A. D/B/A U.S. BANK EQUIPMENT FINANCE - MISCELLANEOUS LEASED MEDICAL EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 16. OTHER MACHINERY/FIXTURES/EQUIPMENT  CAPITAL ASSET RESOURCES - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - EQUIPMENT LEASE AGREEMENT NO. 96442 | 0.00 | 0.00 | | 0.00 | FA |
| 17. OTHER MACHINERY/FIXTURES/EQUIPMENT  HAPPY STATE BANK & TRUST CO. F/K/A CENTENNIAL BANK - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - EQUIPMENT LEASE AGREEMENT NO. 1006521 (CAPITAL ASSET RESOURCES) | 0.00 | 0.00 | | 0.00 | FA |
| 18. OTHER MACHINERY/FIXTURES/EQUIPMENT  FIRST NATIONAL BANK OF WICHITA FALLS - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - EQUIPMENT LEASE AGREEMENT NO. 65428 (CAPITAL ASSET RESOURCES) | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

| Case No: | 20-33086 | HDH | Judge: HARLIN D. HALE | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | FIRST CHOICE ER LLC | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| | | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. BUILDING/OTHER IMPROVED REAL ESTATE OR LAND<br>CJC 18-2 LLC/MTL JAMIE LLC/MTL JENNIFER LLC - MEDICAL FACILITY BUILDING - 225 E. PARKWOOD AVENUE, FRIENDSWOOD, TX 77546-5145 | 0.00 | 0.00 | | 0.00 | FA |
| 20. BUILDING/OTHER IMPROVED REAL ESTATE OR LAND<br>28606 NORTHWEST FREEWAY, CYPRESS, TX, LLC - MEDICAL FACILITY BUILDING 28606 NORTHWEST FREEWAY, CYPRESS, TX 77433 | 0.00 | 0.00 | | 0.00 | FA |
| 21. BUILDING/OTHER IMPROVED REAL ESTATE OR LAND<br>SAHM PROPERTIES WOODLAND HILLS LLC - MEDICAL FACILITY BUILDING - 3016 MARINA BAY DRIVE, LEAGUE CITY, TX 77573 | 0.00 | 0.00 | | 0.00 | FA |
| 22. BUILDING/OTHER IMPROVED REAL ESTATE OR LAND<br>K&E LIMITED PARTNERSHIP - MEDICAL FACILITY BUILDING - 8020 MATLOCK RD., ARLINGTON, TX 76002 | 0.00 | 0.00 | | 0.00 | FA |
| 23. BUILDING/OTHER IMPROVED REAL ESTATE OR LAND<br>HSM CROSSING LLC - MEDICAL FACILITY BUILDING - 6035 PRECINCT LINE RD., NORTH RICHLAND HILLS, TX 76180-5410 | 0.00 | 0.00 | | 0.00 | FA |
| 24. BUILDING/OTHER IMPROVED REAL ESTATE OR LAND<br>CCMR 18 LLC, RLC JENNA 18 LLC & RLC JUSTIN 18 LLC - MEDICAL FACILITY BUILDING - 10705 E. NORTHWEST HWY, DALLAS, TX 75238 | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5

| Case No: | 20-33086  HDH  Judge: HARLIN D. HALE | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | FIRST CHOICE ER LLC | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | 341(a) Meeting Date: | 02/02/21 |
| | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. miscellaneous refunds (u) | 0.00 | 233.60 | | 6,050.87 | FA |
| 26. REQUEST FOR RECORDS RECEIPTS (u) | 0.00 | 25.00 | | 36.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,289,667.00 | $3,289,925.60 | $1,234,614.47 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL RELATED CASES HAVE BEEN SUBSTANTIVELY CONSOLIDATED. ORDER ENTERED 08/20/2021. LEAD CASE IS ADETPUS HEALTH LLC, 20-33071. ESTIMATED DATE OF CLOSING IS 02/01/2024.

Initial Projected Date of Final Report (TFR): 02/01/22    Current Projected Date of Final Report (TFR): 02/01/24